Title Guarantee and Trust Company, Individually and as Executor, etc., of Mary Augusta Mott, Deceased, Respondent, v. Philip Sugerman and Royal Bank of New York, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Thomas, J., concurred so far

as the disposition of the fund is concerned, but dissented as to the finding that the loan was usurious.